UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ABRAHAM FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-07-88 |
| | § | |
| LORANCE W. BODDEN, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order and the evidence presented in this case, the Court enters the judgment on behalf of the plaintiff, Abraham Flores, and against the defendant, Lorance W. Bodden, individually and jointly with RJMW Corporation as follows:

a) Actual Damages $123,622.00

b) Interest on this amount at the legal rate from August 10, 2009 to the date of this judgment and thereafter at the rate of .29% per annum.

c) Costs of Court.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas this 22nd day of February, 2011.

Kenneth M. Hoyt
United States District Judge